**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**
**Case No. 6:18-cv-01851-PGB-TBS**

| | |
|---|---|
| **BRUCE WRIGHT, JORGE VALDES,** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) **PUTATIVE CLASS ACTION** |
| v. | ) ) ) |
| **EXP REALTY, LLC**, a Washington company, | ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT'S DECISION IN *BARR V. AME ASSOC. POLITICAL CONSULTANTS*, CASE NO. 19-631**

Defendant eXp Realty, LLC ("eXp"), by and through its undersigned attorneys and pursuant to Local Rule 3.01(d), respectfully requests that this Court stay all proceedings in this case pending the United States Supreme Court's decision in *William P. Barr v. American Association of Political Consultants Inc., et al.*, No. 19-631. Pursuant to Local Rule 3.01(g), undersigned counsel conferred with counsel for Plaintiffs, who represented that Plaintiffs oppose this request. In support of its Motion, eXp states as follows:

1. On January 10, 2020, the United States Supreme Court granted writ of certiorari to the United States Court of Appeals for the Fourth Circuit's decision in *American Association of Political Consultants, Inc. v. FCC*, 923 F.3d 159 (4th Cir. 2019). The Supreme Court's Order granting certiorari is attached hereto as Exhibit A. The decision has the potential to moot this action, as the Supreme Court is reviewing whether the statute on which Plaintiff relies – the TCPA – is constitutional.

2. The question that the Supreme Court will address is as follows:

Whether the government-debt exception to the TCPA's automated-call restriction violates the First Amendment, and whether the proper remedy for any constitutional violation is to server the exception from the remainder of the statute.

3. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) (citation omitted.). "[T]he decision to grant a stay … is 'generally left to the sound discretion of district courts.' (Citation omitted.)" Ryan v. Gonzales, 568 U.S. 57, 74 (2013).

4. Here, because this case mainly rests on alleged violations of 47 U.S.C. § 227(b)(1)(A)(iii), which the Supreme Court will determine if its content-based restrictions violate the First Amendment, this Court should stay all proceedings in this case pending the Supreme Court's forth coming decision in June 2020.

5. The Supreme Court's forthcoming decision in June 2020 will provide substantial guidance to this Court and the parties in resolving this dispute. *See Landis*, 299 U.S. at 253 (holding that a stay may be warranted where the resolution of other litigation will likely "narrow the issues in the pending cases and assist in the determination of the questions of law involved"). Proceedings in the absence of such guidance will be inefficient, waste the resources of the Court and the parties, and potentially result in an inconsistent ruling that will need to be corrected in light of any decision by the Supreme Court.

6. Good cause therefore exists, for reasons of judicial efficiency and economy, to stay the proceedings. The requested stay of proceedings is reasonable and will not prejudice Plaintiffs, as the stay will be exceedingly brief, as the Supreme Court is expected to rule by June, 2020.

For reasons stated above, eXp respectfully requests that this Court stay this case pending disposition of the petition for writ of certiorari in *William P. Barr v. American Association of Political Consultants Inc., et al.*, No. 19-631.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for eXp certifies that he has conferred in good faith with counsel for Plaintiffs, who oppose the stay.

Date: January 22, 2020

Respectfully submitted,

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 13564
**SQUIRE PATTON BOGGS (US) LLP**
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com

***Attorneys for Defendant eXp Realty, LLC***

- 3 -

010-8954-5232/1/AMERICAS

## **CERTIFICATE OF SERVICE**

This is to certify that on January 22, 2020, a copy of the foregoing was filed electronically with the above-captioned court, with notice of the filing being generated and sent electronically by the Court's CM/ECF system to all counsel of record.

*/s/ Jason D. Joffe*
Jason D. Joffe
