## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:18-CV-01851-PGB-EJK

**BRUCE WRIGHT, JORGE VALDES, EDWIN DIAZ,** individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

**EXP REALTY, LLC,**

      Defendant.

**CLASS ACTION**

## NOTICE OF SETTLEMENT

Plaintiffs hereby notify the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents in advance of seeking preliminary approval. Plaintiff will file the Settlement Agreement and related documents with the Court as part of a Motion for Preliminary Approval within 60 days, or up to and including January 21, 2022.

Based on the foregoing, the parties respectfully request that all current deadlines be suspended pending the filing of the proposed Settlement Agreement.

Date: November 22, 2021                    Respectfully submitted,

                                           By: */s/ Avi Kaufman*

                                           Avi R. Kaufman (Florida Bar No. 84382)
                                           kaufman@kaufmanpa.com
                                           KAUFMAN P.A.
                                           400 NW 26th Street
                                           Miami, Florida 33127
                                           Telephone: (305) 469-5881

                                           Jonas B. Jacobson (Cal. Bar No. 269912)
                                           jonas@dovel.com
                                           DOVEL & LUNER, LLP
                                           201 Santa Monica Blvd., Suite 600
                                           Santa Monica, California 90401
                                           Telephone: (310) 656-7066

                                           *Counsel for Plaintiff and the putative class*

## Certificate of Service

I HEREBY CERTIFY that on November 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                           */s/ Avi R. Kaufman*