# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BRUCE WRIGHT, JORGE VALDES and EDWIN DIAZ,**

      **Plaintiffs,**

v.                                                             **Case No: 6:18-cv-1851-PGB-EJK**

**EXP REALTY, LLC,**

      **Defendant.**

_____/

## ORDER

The Court has been advised that the above-styled action has been settled. (Doc. 199). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the Court's approval of the forthcoming Motion for Preliminary Approval of Settlement, which the parties shall file within sixty (60) days of this Order, or the right of either party, on good cause shown, to move the Court to re-open the case for further proceedings. The Clerk is **DIRECTED** to terminate all pending motions (Docs. 123, 160, 165, 166, 194, 195) and to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on November 23, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties