UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:18-CV-01851-PGB-EJK

| | |
|---|---|
| **BRUCE WRIGHT, JORGE VALDES, EDWIN DIAZ,** individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**EXP REALTY, LLC,**<br><br>    Defendant. | **CLASS ACTION** |

## NOTICE OF FILING AMENDED SETTLEMENT AGREEMENT

Pursuant to the Court's direction at the March 22, 2022 hearing, Representative Plaintiff Edwin Diaz and Defendant eXp Realty, LLC have amended the class action settlement agreement. The executed Amended Class Action Settlement Agreement is attached as Exhibit 1. A redline version of the Amended Class Action Settlement Agreement reflecting all substantive changes is attached as Exhibit 2.

DATED April 4, 2022                     Respectfully submitted,

                                        */s/ Avi R. Kaufman*
                                        Avi R. Kaufman (Trial Counsel)
                                        Florida State Bar # 84382
                                        kaufman@kaufmanpa.com

1

Rachel E. Kaufman
Florida State Bar # 87406
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
Florida State Bar # 30188
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Representative Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*