# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE NO. 6:18-CV-01851-PGB-EJK

| | |
|---|---|
| **BRUCE WRIGHT, JORGE VALDES, EDWIN DIAZ,** individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>**EXP REALTY, LLC,**<br><br>     Defendant. | **CLASS ACTION** |

## DECLARATION OF JONAS JACOBSON
## IN SUPPORT OF PLAINTIFF'S MOTION FOR
## CLASS COUNSEL FEES AND EXPENSES

Jonas Jacobson declares as follows:

1.     I am one of the attorneys who assisted in this Litigation against Defendant eXp Realty, LLC.[1] I submit this declaration in support of Class Counsel's Motion for Class Counsel Fees and Expenses. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

---

[1] All capitalized defined terms used herein have the same meanings ascribed in the Agreement.

1

2.      I am a partner with the law firm Dovel & Luner ("Dovel").  In this Litigation, my firm co-counseled with Kaufman P.A. and the Law Offices of Stefan Coleman specifically to focus on trial.

3.      Dovel is a litigation boutique that prosecutes class actions and complex business cases on contingency fee.  The firm is known for its ability to try complex class actions to verdict.  For example, in 2019, Simon Franzini, Greg Dovel and I tried a Telephone Consumer Protection Act class action in Oregon federal court, *Wakefield vs. ViSalus, Inc.*, No. 3:15-cv-1857-SI (D. Or.).  The jury returned a $925 million verdict for the class.  Due to this success, Dovel was selected as a finalist for The National Law Journal's 2020 Elite Trial Lawyers "Law Firm of the Year" award in Consumer Protection.

4.      I am a partner at Dovel and I co-lead the firm's class action practice.  *Business Insider* named me a "rising star of the courtroom" for my ability to try complex class actions. Before becoming a trial attorney, I was a jury consultant.  My hourly rate is $800.

5.      Simon Franzini is a partner at Dovel and co-leads the firm's class action practice.  Mr. Franzini has first-chaired complex civil trials in state and federal court.  His hourly rate is $850.

6.      Greg Dovel is a partner in the firm and a founder of the firm.  He has tried numerous complex cases in courts around the country.  His hourly rate is $1,550.

7.      Julia Englebert is a legal assistant at the firm.  Her hourly rate is $250.

2

8.     Below, I set forth the nature of the work Dovel performed in the Litigation to demonstrate why Class Counsel's request for attorneys' fees and expenses is reasonable and should be approved by the Court.

9.     Dovel was involved in the trial preparation aspects of this Litigation. Those efforts generally fell into the following categories: (a) post-filing investigation and discovery; (b) law and motion practice; and (c) settlement.

10.     I was the primary Dovel attorney responsible for this action.  I have reviewed my time records and those of my colleagues in connection with the preparation of this Declaration.  The purpose of this review was to confirm the accuracy of the time entries, as well as the necessity for, and reasonableness of, the time committed to this Litigation.  As a result of this review, I believe the time reflected herein is reasonable and was necessary for the effective and efficient prosecution and resolution of the Litigation.

11.     In total, my firm devoted 143.4 hours to this litigation, as of July 8, 2022.[2]  A breakdown of the lodestar is provided below. The total lodestar rate for my firm's time is based on the blended hourly rate of approximately $705.

**Post-filing Investigation and Discovery**

12.     In this phase of litigation the work performed by my firm included, but was not limited to, reviewing, analyzing and strategizing concerning trial preparation, and organizing and analysis of trial exhibits.

| Timekeeper | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|

---

[2] Detailed billing records are available for the Court's in camera inspection on request.

3

| | | | |
|---|---|---|---|
| Greg Dovel | $1,550 | .5 | $775 |
| Jonas Jacobson | $800 | 5.2 | $4,160 |
| Julia Englebert | $250 | 20 | $5,000 |
| | **Total** | 25.5 | $9,935 |

## **Law and Motion Practice**

13.     During this phase of the litigation, my work included, but was not limited to: drafting, revising and analyzing pretrial submissions, including the verdict form, jury instructions, and voir dire instructions; briefing motions in limine; researching and analyzing legal issues for trial, including ratification and damages; reviewing and revising class notice forms and the motion to approve the notice plan; analyzing the motion to enforce the scheduling order and motion to stay or reopen discovery; revising the opposition to the motion to enforce the scheduling order; and revising the opposition to the partial motion to dismiss for lack of jurisdiction.

| *Timekeeper* | *Hourly Rate* | *Hours Worked* | *Lodestar* |
|---|---|---|---|
| Greg Dovel | $1,550 | 3 | $4,650 |
| Simon Franzini | $850 | 5.9 | $5,015 |
| Jonas Jacobson | $800 | 74.6 | $59,680 |
| Julia Englebert | $250 | 12 | $3,000 |
| | **Total** | 95.5 | $72,345 |

4

**Settlement**

14.     During this phase of the litigation, my firm assisted with mediation strategy, revised the mediation statement, and attended the mediation.

| Timekeeper | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|
| Simon Franzini | $850 | 22.2 | $18,870 |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: July 8, 2022                    /s/ Jonas Jacobson
                                        Jonas Jacobson

5