**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**BRUCE WRIGHT, JORGE
VALDES and EDWIN DIAZ,**
individually and on behalf of all
others similarly situated,

        **Plaintiffs,**

v.                                                            Case No: 6:18-cv-1851-PGB-EJK

**EXP REALTY, LLC,**

        **Defendant.**
_____/

## ORDER

This cause comes before the Court on Plaintiff Edwin Diaz's Motion to Add Text Message and Publication Components to the Notice Plan and to Extend the Deadline For Filing Claims (Doc. 214 (the "**Motion**")), Defendant's response in opposition (Doc. 218 (the "**Response**")),[1] and Plaintiff's reply thereto (Doc. 221). Based on the Court's review of the Motion and the responsive briefing, the Motion is due to be **GRANTED** and the Class Notice Plan **MODIFIED**.

It is hereby **ORDERED AND ADJUDGED** as follows:

---

[1] In addition to providing its response, Defendant requests the Court sanction Plaintiff's for contacting class members in ways beyond those expressly provided for in the Notice Plan. (Doc. 218, p. 12). At this time, the Court denies such requested relief.

1. The Court's Order Granting Preliminary Approval of the Class Settlement Agreement (Doc. 212) remains in full force and effect unless modified herein.

2. The Court **MODIFIES** the Class Notice Plan and **DIRECTS** Plaintiff's Counsel[2] to take all necessary and appropriate steps not inconsistent with this Order, the Court's previous Preliminary Approval Order (Doc. 212), and the Settlement Agreement (Doc. 211-1) in order to carry out the following:

    a. add a text message notice component to the Notice Plan consisting of a single text message to all class members' telephone numbers advising them they may be class members and directing them to the settlement website and claim form;

    b. add a publication component to the Notice Plan consisting of Facebook banner ads for 30 days targeted towards Facebook accounts associated with class members' telephone numbers advising them they may be class members and directing them to the settlement website and claim form; and

    c. modify the class website to include the modified class settlement deadlines as stated below.

3. The Court **FINDS** that the modified Class Notice Plan conforms with the requirements of the Federal Rules of Civil Procedure and Due Process.

---

[2] As stated in the Motion (Doc. 214, p. 2), Plaintiff's counsel will cover all expenses required for administering and carrying out the modifications of the Notice Plan detailed herein. In other words, Plaintiff's counsel may not seek reimbursement for these costs from its fees, if any.

4. **Claim for Settlement Award**. To receive an award under the Settlement Agreement, Class Members must accurately complete and submit a Claim Form to the Settlement Administrator forty-five (45) calendar days from the date of this Order.[3]

5. **Opt-Out Deadline**. Class member's deadline to opt-out and exclude themselves from the settlement in the manner set forth in the Preliminary Approval Order (Doc. 212, pp. 5–6) is correspondingly extended forty-five (45) calendar days from the date of this Order.

6. **Final Approval Hearing**. On **Tuesday, October 25, 2022, at 10:30 am**, the Court will hold a Final Approval Hearing in Courtroom 4B of the George C. Young Federal Annex Courthouse, 401 West Central Boulevard, Orlando, Florida 32801, to hear any in-person objections from parties who gave the Court proper notice of their intent to appear in the manner specified and to determine whether the Settlement Agreement should be finally approved as fair, reasonable, and adequate. Plaintiff and Class Counsel may file a modified motion for attorneys' fees and expenses for Class Counsel **on or before October 3, 2022**. In addition, Plaintiff may file a modified motion in support of the Final Judgment **on or before October 3, 2022.** This Court may order the Final Approval Hearing to be postponed,

---

[3] It is unclear how much time is required to accomplish the text message notification and to place banner ads on Facebook. Accordingly, if these tasks will impact the deadline for submitting a claim or opting out of the settlement, Plaintiffs' counsel shall submit a notice of the estimated completion of the text message/Facebook ad tasks, and the Court will adjust the deadlines accordingly.

adjourned, continued, or set for remote appearances. If that occurs, the updated hearing date or location shall be posted on the Class Settlement Website, but other than the website posting, the Parties will not be required to provide any additional notice to Class Members.

7. **Summary Timeline**. This Order provides for the following modified timeline dates and deadlines related to the provision of notice and the Final Approval Hearing, which may be modified or extended only by Order of the Court:

| Event | Date |
|---|---|
| Claims Deadline | 45 days from the date of this Order |
| Opt-Out Deadline | 45 days from the date of this Order |
| Deadline for filing modified papers in support of Class Counsel's application for an award of attorneys' fees and expenses | October, 3, 2022 |
| Deadline for filing Motion for Final Approval | October, 3, 2022 |
| Responses to Objections | 7 days prior to the Final Approval Hearing |
| Final Approval & Fairness Hearing | October 25, 2022 |

**DONE AND ORDERED** in Orlando, Florida on August 1, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

4

Copies furnished to:

Counsel of Record
Unrepresented Parties